IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
JUL 1 4 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INDICTMENT |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 1:22 CR 386 |
| v. ) | |
| ) | Title 21, United States Code, |
| DIONICIO GALINDO-SALINAS, ) | Sections 841(a)(1), (b)(1)(A) |
| CURTIS ANDERSON, ) | and 846 |
| DONNELL GOCHETT, ) | |
| ) | JUDGE ADAMS |
| Defendants. ) | |

COUNT 1
(Conspiracy to Possess with Intent to Distribute Cocaine,
21 U.S.C. § 846)

The Grand Jury charges:

1. From or about January 15, 2020 to on or about July 1, 2021, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendants DIONICIO GALINDO-SALINAS, CURTIS ANDERSON, DONNELL GOCHETT and others known and unknown did knowingly and intentionally combine, conspire, confederate, and agree together and with each other and with others known and unknown to the Grand Jury, to possess with intent to distribute and to distribute at least 5 kilograms of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

All in violation of Title 21, United States Code, Section 846.

## FORFEITURE

The Grand Jury further charges:

3. For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, the allegations of Count 1 are incorporated herein by reference. As a result of the foregoing offense, defendants DIONICIO GALINDO-SALINAS, CURTIS ANDERSON and DONNELL GOCHETT shall forfeit to the United States any and all property constituting, or derived from, any proceeds they obtained, directly or indirectly, as the result of such offense; and, any and all of their property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such offense.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.